IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| GEORGE T. SHELTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No, 1:22-CV-157-H |
| v. | § | |
| | § | |
| RANGER COLLEGE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

---

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

---

Plaintiff George Todd Shelton objects to Defendant's Motion for partial summary judgment on his claim for race discrimination under 42 U.S.C. § 1981 on the following grounds:

1.     The evidence does not support defendant's contention that facts are undisputed.

2.     The material facts offered by defendant as a basis for its motion are not material.

Respectfully submitted,


s/   N. Sue Allen
N. Sue Allen
Texas Bar No. 00791992
1345 FM 1187, Suite 113
Mansfield, Texas 76063
Telephone: (817) 926-5005
Facsimile: (817) 926-5165
Email:  sue@sueallenlaw.com


**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing instrument was served September 21,

2023, to the following counsel of record for defendant via the Court's ECF filing system to


Mr. Craig Wood
Ms. Meredith P. Walker
WALSH GALLEGOS TREVINO KYLE & ROBINSON, P.C.,
1020 NE LOOP 410, Ste. 450
San Antonio, Texas 78209


s/   N. Sue Allen
N. Sue Allen