UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| GEORGE T. SHELTON, <br><br> Plaintiff, <br><br> v. <br><br> RANGER COLLEGE, <br><br> Defendant. | No. 1:22-CV-157-H |

### ORDER RESOLVING MOTIONS FOR SUMMARY JUDGMENT

Before the Court are the parties' motions for partial summary judgment. Dkt. Nos. 13; 14. Ranger College has moved for partial summary judgment on Shelton's claims under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. Dkt. No. 13. Shelton has moved for partial summary judgment on his breach of contract, procedural due process, and substantive due process claims. Dkt. No. 14.

The Court grants summary judgment in favor of Ranger on the Title VII and Section 1981 claims. Dkt. No. 13. Shelton has failed to set forth competent summary judgment evidence of a similarly situated comparator, and he has thus failed to raise a genuine issue of material fact.

The Court grants in part and denies in part Shelton's motion for summary judgment (Dkt. No. 14). The Court grants summary judgment in favor of Shelton on his procedural due process claim. There is no genuine issue of material fact for a jury, and the Court finds as a matter of law that Ranger did not provide adequate notice and hearing protections to Shelton before terminating his employment contract. However, the Court denies summary judgment on Shelton's breach of contract and substantive due process claims. Shelton has

not established beyond peradventure that he sufficiently performed under the contract or that Ranger's termination of his contract was arbitrary and capricious.

A detailed opinion and order explaining the Court's decision will issue before trial.

So ordered on November 13, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE