UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GEORGE T. SHELTON,

     Plaintiff,

v.                                                                          No. 1:22-CV-157-H

RANGER COLLEGE,

     Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 28.

Accordingly, this case is administratively closed for statistical purposes without prejudice to

it being reopened to enter a judgment or order of dismissal or for further proceedings if the

settlement is not consummated.

The Court will enter an order stating whether it will impose sanctions for the parties'

failure to meet the initial joint status report deadline after the parties submit a joint

stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a

proposed order. *See* Dkt. No. 25.

So ordered on December ___6___, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE