IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| GEORGE T. SHELTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No, 1:22-CV-157-H |
| v. | § | |
| | § | |
| RANGER COLLEGE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff George T. Shelton ("Plaintiff', by and through her attorney of record, N. Sue Allen of Allen Law Firm and Defendant Ranger College of Walsh Gallegos Trevino Kyle & Robinson ("Defendant"), by and through its attorneys of record, D. Craig Wood of Walsh Gallegos Trevino Kyle & Robinson (collectively "the Parties"), and file this Joint Motion to Dismiss with Prejudice.

The above-referenced civil action has been resolved. As a result, Plaintiff no longer wishes to pursue the litigation. The Parties respectfully request that the above-referenced civil action be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter an order dismissing the above-referenced civil action and all claims asserted therein with prejudice. All attorneys' fees, expenses, and court costs related to this litigation should be paid by the party incurring same.

| | |
|---|---|
| */s/N. Sue Allen* | */s/ D. Craig Wood* |
| N. Sue Allen | D. Craig Wood |
| Texas Bar No. 00791992 | State Bar No. 21888700 |
| ALLEN LAW FIRM | Meredith P. Walker |
| 1345 FM 1187 E. , Suite 113 | State Bar No. 24056487 |
| Mansfield, Texas 76063 | WALSH GALLEGOS TREVINO KYLE & |
| (817) 926-5005 (telephone) | ROBINSON, P.C. |
| (817) 926-5165 (facsimile) | 1020 NE LOOP 410, Ste. 450 |
| sue@sueallenlaw.com | San Antonio, Texas 78209 |
| | (210) 979-6633 |
| **ATTORNEY FOR PLAINTIFF** | (210) 979-7024  (Fax) |
| | Email: cwood@wabsa.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

  This is to certify that on December ____, 2023, a true and correct copy of the above and foregoing document was served on all counsel of record via electronic mail and/or by operation of the Court's Electronic Filing System in accordance with the Federal Rules of Civil Procedure.

               */s/ N. Sue Allen*
               **N. SUE ALLEN**