UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GEORGE T. SHELTON,

    Plaintiff,

v.                                            No. 1:22-CV-157-H

RANGER COLLEGE,

    Defendant.

## ORDER

Before the Court is the parties' response to the Court's show cause Order (Dkt. No. 25), which explains their failure to meet the initial deadline to file the joint status report regarding settlement. Dkt. No. 29. For the reasons stated in the response, the Court will not impose sanctions.

So ordered on December 12, 2023.

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE